July 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HUMBERTO MONTALVO, INDIVIDUALLY AND D/B/A MONTALVO PRODUCE OF MEXICO, Appellant

NO. 14-11-01022-CV             V.

JP MORGAN CHASE BANK, N.A., Appellee

_____

       This cause was heard on the transcript of the record. We have inspected the record and find the trial court abused its discretion in sustaining the contest to appellant's affidavit of indigence. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellant is entitled to appeal without advance payment of costs.

       We further order this decision certified below for observance.